**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                                                    Benjamin C. Wynn
Clerk of Court                                                                                                          Orlando Division Manager

**In Re: Nadine Roundtree Trombacco**

**NADINE ROUNDTREE TROMBACCO,**

        **Appellant,**

v.                                                                            Case No:  6:17-cv-1860-Orl-28

**LAURIE K. WEATHERFORD,**

        **Appellee.**

_____

**NOTICE OF FILING BANKRUPTCY APPEAL IN THE DISTRICT COURT**

**BANKRUPTCY CASE NO. 6:16-bk-00188-KSJ**

A notice of appeal was filed on October 27, 2017.

The appeal has been assigned to the Honorable John Antoon II for all further proceedings.

Parties shall comply with the filing and format requirements established by Rule 8018 of the Rules of Bankruptcy Procedure and Rule 1.05 of the Local Rules of the United States District Court for the Middle District of Florida. All pleadings and/or other instruments related to this appeal shall be filed in the District Court. The caption of *all* pleadings and/or other instruments filed in this Court shall contain all of the District Court and Bankruptcy Court case numbers referenced above. Failure to comply may result in the pleading being rejected for filing, misrouted, or otherwise delayed in processing.

                                    ELIZABETH M. WARREN, CLERK

                                    By:     s/ J.Thigpen, Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties of Record
Bankruptcy Court Clerk's Office