**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: Nadine Roundtree Trombacco

**NADINE ROUNDTREE TROMBACCO,**

        Appellant,

v.                                        Case No:  6:17-cv-1860-Orl-28

**LAURIE K. WEATHERFORD,**

        Appellee.
_____

**RELATED CASE ORDER**
**AND TRACK ONE NOTICE**

It is hereby **ORDERED** that, no later than **fourteen (14) days from the date of this Order**, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

October 30, 2017

| | |
|---|---|
| ROY B. DALTON, JR. | PAUL G. BYRON |
| Roy B. Dalton, Jr. [37] | Paul G. Byron [40] |
| United States District Judge | United States District Judge |
| | |
| CARLOS E. MENDOZA | |
| Carlos E. Mendoza [41] | |
| United States District Judge | |
| | |
| G. KENDALL SHARP | PATRICIA C. FAWSETT |
| G. Kendall Sharp [18] | Patricia C. Fawsett [19] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| GREGORY A. PRESNELL | JOHN ANTOON II |
| Gregory A. Presnell [31] | John Antoon II [28] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| ANNE C. CONWAY | |
| Anne C. Conway [22] | |
| Senior United States District Judge | |
| | |
| KARLA R. SPAULDING | GREGORY J. KELLY |
| Karla R. Spaulding [KRS] | Gregory J. Kelly [GJK] |
| United States Magistrate Judge | United States Magistrate Judge |
| | |
| THOMAS B. SMITH | DANIEL C. IRICK |
| Thomas B. Smith [TBS] | Daniel C. Irick [DCI] |
| United States Magistrate Judge | United States Magistrate Judge |
| | |
| DAVID A. BAKER | |
| David A. Baker [DAB] | |
| United States Magistrate Judge | |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:    All Counsel of Record
              All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Nadine Roundtree Trombacco**

**NADINE ROUNDTREE TROMBACCO,**

    **Appellant,**

v.                                                        **Case No:  6:17-cv-1860-Orl-28**

**LAURIE K. WEATHERFORD,**

    **Appellee.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____  IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
 Counsel of Record or *Pro Se* Party
    [Address and Telephone]